United States District Court
Southern District of Texas
**ENTERED**
November 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KIRK MACKEY,                              §
                                         §
        Plaintiff,                       §
                                         §
VS.                                      §    CIVIL ACTION NO. 4:25-CV-00838
                                         §
ZAID PROPERTIES CENTER, LLC,             §
                                         §
        Defendant.                       §

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 12).

Accordingly, it is Ordered that this case is dismissed with prejudice.

It is so ORDERED.

SIGNED on November 13, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge